UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OGERTA H. HARTWEIN )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>STATE OF MISSOURI, ERIN BURLISON,)<br>*St. Charles County Judge, Division 8,* )<br>*Family Court*, TIMOTHY A. LOHMAR, )<br>*St. Charles County Prosecutor*, JON )<br>CUNNINGHAM, *St. Charles County Judge* )<br>        Defendants. ) | **JUDGMENT**<br><br>No. 5:19-CV-465-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss, plaintiff's motion to amend and plaintiff's motion for sanctions.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 22, 2020, and for the reasons set forth more specifically therein, plaintiff's motion to amend is denied, defendants' motions to dismiss is GRANTED. Plaintiff's complaint is DISMISSED without prejudice.

**This Judgment Filed and Entered on April 22, 2020, and Copies To:**
Ogerta H. Hartwein (via US mail) 2328 Wertherson Lane, Raleigh, NC 27613
Heidi J. Johnson / Jeffrey B.Welty (via CM/ECF Notice of Electronic Filing)
Elizabeth Hayes Overmann / Stephan Kyle Pytlik (via CM/ECF Notice of Electronic Filing)

April 22, 2020                    PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk